IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRANDT D. RICHEIMER,

    Petitioner,

    v.                                       CASE NO. 2:06-cv-0036
                                                   JUDGE GRAHAM
                                                   Magistrate Judge Abel

WARDEN, NORTH CENTRAL
    CORRECTIONAL INSTITUTION,
    Respondent.

OPINION AND ORDER

On October 6, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DISMISSED** as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*. Notification of the Magistrate Judge's Report and Recommendation to petitioner was returned as undeliverable. See Doc. No. 13. However, it is petitioner's responsibility to keep the Court advised of his current whereabouts.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED** for failure to comply with the one-year statute of limitations.

It is so ORDERED.

                                                                       s/James L. Graham
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge

DATE: October 31, 2006